**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Carole Tyre                                     CHAPTER 13

Debtor(s)

BKY. NO. 23-13359 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of US Bank National Association Not In Its Individual Capacity But Solely As Trustee of the NRZ Pass-Through Trust XVIII and index same on the master mailing list.

Respectfully submitted,

/s/ Mark A. Cronin
Mark Cronin
29 Jan 2024, 14:33:17, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322