#### UNITED STATES BANKRUTPCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| Carol Tyre, | : | |
| | : | Bankruptcy No. 23-13359  AMC |
| Debtors. | : | |

## **O R D E R**

**AND NOW**, this 21st day of  March, 2024, the Debtor having filed the above bankruptcy case on  November 6, 2023,

**AND**, the Debtor having filed four  (4) prior bankruptcy cases before the present case:

Including case number 23-10060, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on January 9, 2023, and dismissed on June 20, 2023 for failure to make plan payments,

**AND,** the docket of the present case reflecting that the Debtor has failed to attend the scheduled 341 meeting, failed to make plan payments and has failed to provide a copy of her Federal Tax return,

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on April 9, 2024, at 11:00 a.m. by telephone (1-877-873-8017 with access code:  3027681)** to show cause why this

bankruptcy case should not be dismissed for Debtor's failure to attend the scheduled 341 meeting, failure to make plan payments and failure to provide a Federal Tax return.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval.  See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge