United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | | Case No. 23-13359-amc |
|---|---|---|
| Carole Tyre | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 09, 2024 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carole Tyre, 3706 Vader Drive, Philadelphia, PA 19154-3031 |
| 14830991 | + | NRZ Pass Through Trust II, U.S. Bank National Assoc., C/O Maris Tsagaris, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14829709 | + | NRZ Pass-through Trust/US Bank Nat'l, 440 S Lasalle Street, Suite 2000, Chicago, IL 60605-5011 |
| 14850321 | + | US Bank National Association, C/O Mark A Cronin, 701 Market Street. Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 10 2024 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Apr 10 2024 00:21:00 | NRZ Pass-Through Trust II , U.S. Bank National Ass, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 14829703 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 10 2024 00:36:31 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St. 4th Floor, Pittsburgh, PA 15212-5862 |
| 14829704 | + | Email/Text: bankruptcy@sccompanies.com | Apr 10 2024 00:20:00 | Amerimark, c/o Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 14829705 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 10 2024 00:36:41 | Capital One Bank, Attn: Bankruptcy Dept., 4515 North Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14829706 | + | Email/Text: megan.harper@phila.gov | Apr 10 2024 00:21:00 | City Of Phildelphia, C/O Law Department, 1401 JFK Blvd., Philadelphia, PA 19102-1617 |
| 14829707 | ^ | MEBN | Apr 10 2024 00:20:33 | Dr. Leonards Shop, c/o Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 14829708 | ^ | MEBN | Apr 10 2024 00:20:32 | KML Law Group, Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14838060 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2024 00:47:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14842090 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2024 00:21:00 | Midland Credit Management, Inc, P.O. Box 2037, Warren, MI 48090-2037 |
| 14830422 | + | Email/Text: BankruptcyECFMail@mccalla.com | Apr 10 2024 00:21:00 | NRZ Pass-Through Trust II , U.S. Bank National, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 09, 2024 | Form ID: pdf900 | Total Noticed: 20 |

| 14829710 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Apr 10 2024 00:20:00 | Stoneberry, c/o Creditors Bankruptcy Service, PO Box 800849, Dallas, TX 75380-0849 |
| 14845314 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Apr 10 2024 00:35:32 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14829711 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 10 2024 00:35:56 | Synchrony/PayPal Credit, c/o PRA Receivables Mgmt. LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14845844 | ^ MEBN | | |
| | | Apr 10 2024 00:20:19 | U.S. Bank National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 11, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | |
| | on behalf of Debtor Carole Tyre bealaw@verizon.net |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor US Bank National Association Not In Its Individual Capacity But Solely As Trustee of the NRZ Pass-Through Trust XVIII bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13
    CAROLE  TYRE
                                Bankruptcy No. 23-13359-AMC

               Debtor

## ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date:  April 9, 2024

_____
Honorable Ashely M. Chan
Bankruptcy Judge